**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 99-11236

GENE E. PHILLIPS,

and

CARMEL REALTY SERVICES, LTD.,

Plaintiffs/Appellants,

VERSUS

FORBES, INC.,

Defendant/Appellee.

Appeal from the United States District Court
For the Northern District of Texas
(3:98-CV-1893)

July 17, 2000

Before DAVIS, JONES and STEWART, Circuit Judges.

PER CURIAM:[*]

After reviewing the record and considering the briefs of the parties, we are persuaded that the district court did not abuse its discretion in denying appellants' motion for reconsideration under Rules 59 and 60 F.R.C.P. Essentially, for the reasons assigned by

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

the district court in its October 3, 1999 Order, the judgment of the district court is affirmed.

AFFIRMED.